**Order entered August 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC AND BOWOOD PARTNERS LIMITED, Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellee Bowood Partners Limited's August 2, 2013 unopposed motion for leave to supplement appellee's brief. The Court **GRANTS** the motion and **ORDERS** that the certificate of compliance tendered on August 2, 2013 be timely filed as a supplement to appellee Bowood Partners Limited's brief as of that date.

/s/     ELIZABETH LANG-MIERS
        JUSTICE